UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT L. WASHINGTON                                                          CIVIL ACTION

VERSUS

WARDEN DENNIS GRIMES, ET AL.          NO.: 3:14-cv-00485-BAJ-RLB

## RULING AND ORDER

On October 24, 2014, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Robert L. Washington's ("Plaintiff") Complaint (Doc. 1) be dismissed for failure to prosecute.

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 8 at p. 1). A review of the record indicates that the Report and Recommendation was returned as undeliverable, as Plaintiff was no longer at parish prison.[1] (Doc. 9). Accordingly, no objections have been filed.

---

[1] The Louisiana Department of Corrections ("DOC") had no record of Plaintiff. However, an employee in the East Baton Rouge Parish Sheriff's Office confirmed that Plaintiff was released from custody on July 10, 2014, and thus, is no longer incarcerated at this time.

Having carefully considered the record, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 8)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. Plaintiff is hereby advised that on motion filed within thirty days, and upon showing of good cause, the Court may reconsider reinstatement of this action.

Baton Rouge, Louisiana, this 4th day of February, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**